IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CIVIL ACTION |
| v. | : | |
| GREGORY JOHN BISHOP | : | NO. 12-209 |

ORDER

AND NOW, this 23rd day of April, 2013, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that:

(1) the claim of the plaintiff United States of America to reduce to judgment a federal tax assessment made against defendant Gregory John Bishop in 2005 is DISMISSED with prejudice;

(2) the motion of the plaintiff United States of America for summary judgment against Gregory John Bishop (Doc. #21) is GRANTED as to the 1999 tax year; and

(3) the motion of defendant Gregory John Bishop for summary judgment against the United States of America (Doc. #18) is DENIED.

BY THE COURT:

/s/ Harvey Bartle III
J.